UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
OPERATION ENGINEERS :
CONSTRUCTION INDUSTRY :
MISCELLANEOUS PENSION FUND, :   24-CV-09685 (JAV)
*individually and on behalf of all others* :
*similarly situated*, :   <u>ORDER REGARDING</u>
 :   <u>NOTICE TO PURPORTED</u>
                   Plaintiff, :   <u>PLAINTIFF CLASS</u>
 :   <u>MEMBERS</u>
           -v- :
 :
MGP INGREDIENTS, INC., DAVID COLO, DAVID S. :
BRATCHER, and BRANDON M. GALL, :
 :
               Defendants. :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On December 16, 2024, Plaintiff filed a putative class action on behalf of all purchasers of shares of the common stock of MGPI between May 4, 2023 through October 30, 2024. Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5, promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than January 17, 2025**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: December 27, 2024
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2